IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MICHAEL LEE,

       Appellant,

v.

                                        Case No.  5D22-2099
                                        LT Case No. 2018-CF-000933-A

STATE OF FLORIDA,

       Appellee.

_____/

Decision filed January 3, 2023

3.800 Appeal from the Circuit Court
for Lake County,
Larry Metz, Judge.

Michael Lee, Tavares, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Daniel P. Caldwell,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

EVANDER, WALLIS and HARRIS, JJ., concur.